**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMAL KHALIL, ) | No. CV 17-306 FFM |
| ) | |
| Plaintiff, ) | **JUDGMENT** |
| v. ) | |
| ) | |
| NANCY A. BERRYHILL, Deputy ) | |
| Commissioner for Operations, ) | |
| performing the duties and functions not ) | |
| reserved to the Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed and this action is dismissed with prejudice.

DATE: September 4, 2018

                                                 /S/FREDERICK F. MUMM
                                                 FREDERICK F. MUMM
                                 UNITED STATES MAGISTRATE JUDGE